Dariush G. Adli, Esq. (SBN 204959)
  adli@adlilaw.com
Ben Jakovljevic (SBN 301523)
  ben.jakovljevic@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Defendants ELART MIGUEL COELLO,
individually and d/b/a TAKATIS PERUVIAN CUISINE;
and TAKATIS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA,<br>    *Plaintiff*<br><br>v.<br><br>ELART MIGUEL COELLO, individually and d/b/a TAKATIS PERUVIAN CUISINE; and TAKATIS, INC., an unknown business entity d/b/a TAKATIS PERUVIAN CUISINE,<br>    *Defendants.* | Case No. 2:19-cv-04437-TJH-PLA<br><br>*Honorable Terry J. Hatter, Jr.*<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   May 22, 2019 |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants ELART MIGUEL COELLO, individually and d/b/a TAKATIS PERUVIAN CUISINE, and TAKATIS, INC., a California corporation (hereinafter "Defendants"), by and through their attorneys of record, hereby set forth their Answer to Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA's (hereinafter "Plaintiff") Complaint as follows:

### JURISDICTION

1. Admit.

2. Admit.

3. Deny with respect to allegations that Defendants have committed unfair business practices or wrongful acts, including with respect to interception, reception, publication, divulgence, display, exhibition, and tortious conversion of Plaintiff's property; admit remainder.

### VENUE

4. Admit.

### INTRADISTRICT ASSIGNMENT

5. Admit.

### THE PARTIES

6. Defendants do not have sufficient information or belief to enable them to answer this paragraph, and on that ground deny each and every allegation contained therein.

7. Admit.

8. Admit that Defendant Coello was CEO and President of Takatis, Inc. and had the right and ability to supervise the activities of Takatis Peruvian Cuisine; denial as to the remainder.

9. Deny.

10. Admit that Defendant Coello had an interest in the activities of Takatis Peruvian Cuisine; denial as to the remainder.

11. Deny.

12. Admit.

## COUNT I

13. Defendants restate their responses to the aforementioned allegations of the Complaint and incorporate them herein by reference as if fully set forth herein.

14. Defendants do not have sufficient information or belief to enable them to answer this paragraph, and on that ground deny each and every allegation contained therein.

15. Defendants do not have sufficient information or belief to enable them to answer this paragraph, and on that ground deny each and every allegation contained therein.

16. Defendants do not have sufficient information or belief to enable them to answer this paragraph, and on that ground deny each and every allegation contained therein.

17. Deny.

18. Deny.

19. Defendants neither admit nor deny the allegation in this paragraph characterizing the effect of the referenced statutes; Defendants do not have sufficient information or belief to enable them to answer the remaining allegations, and on that ground deny each and every remaining allegation contained therein.

20. Deny.

21. Deny.

22. Deny.

## COUNT II

23. Defendants restate their responses to the aforementioned allegations of the Complaint and incorporate them herein by reference as if fully set forth herein.

24. Defendants neither admit nor deny the allegation in this paragraph characterizing the effect of the referenced statutes; Defendants deny each and every

1  remaining allegation contained therein.

2      25.    Deny.

3      26.    Deny.

4      27.    Deny.

## COUNT III

28. Defendants restate their responses to the aforementioned allegations of the Complaint and incorporate them herein by reference as if fully set forth herein.

29. Deny.

30. Deny.

31. Deny.

## COUNT IV

32. Defendants restate their responses to the aforementioned allegations of the Complaint and incorporate them herein by reference as if fully set forth herein.

33. Defendants do not have sufficient information or belief to enable them to answer this paragraph, and on that ground deny each and every allegation contained therein.

34. Defendants do not have sufficient information or belief to enable them to answer this paragraph, and on that ground deny each and every allegation contained therein.

35. Deny.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

/ / /

/ / /

## PLAINTIFF'S PRAYER FOR RELIEF

In these paragraphs, Plaintiff sets forth the statement of relief to which no response is required. Defendants deny that Plaintiff is entitled to any of the requested relief and deny any allegations contained in the Prayer for Relief to which a response is required.

## DEFENDANTS' AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses, without assuming the burden of proof on any such defenses that would otherwise rest with Plaintiff. Discovery has not yet begun on this matter, and therefore Defendants have not yet fully collected and reviewed all of the information and materials that may be relevant to the matters and issues raised herein. Accordingly, Defendants expressly reserve the right to supplement, amend or withdraw any and or all of the following defenses, as warranted by discovery or other investigation, or for any other reason.

## FIRST AFFIRMATIVE DEFENSE
### [Failure to State a Claim]

1. The Complaint fails to state facts sufficient to constitute a cause of action or a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### [No Penalties/Attorney's Fees]

2. The Complaint fails to state facts sufficient to support a cause of action upon which penalties and/or attorney's fees may be awarded.

## THIRD AFFIRMATIVE DEFENSE
### [Waiver]

3. Any recovery on the Complaint is barred by the doctrine of waiver.

/ / /

/ / /

## FOURTH AFFIRMATIVE DEFENSE

### [Equitable Defense]

4. Any recovery on the Complaint is barred under the equitable doctrines of laches, consent, waiver, estoppel, and/or unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

### [Fraud]

5. Any recovery on the Complaint is barred by reason of fraud committed by Plaintiff and/or a third party.

## SIXTH AFFIRMATIVE DEFENSE

### [Statute of Limitations]

6. Any recovery on the Complaint is barred by the applicable statutes of limitation.

## SEVENTH AFFIRMATIVE DEFENSE

### [No Standing]

7. Any recovery on the Complaint is barred because Plaintiff lacks standing.

## EIGHTH AFFIRMATIVE DEFENSE

### [Good Faith]

8. Any recovery on the Complaint is barred in whole or in part because Defendants acted in good faith, and all actions taken were taken for lawful business reasons and in good faith.

## NINTH AFFIRMATIVE DEFENSE

### [No Causation]

9. Any recovery on the Complaint is barred in whole or in part against Defendants because the damages or injuries allegedly sustained by Plaintiff, if any, were not proximately caused by the acts, omissions, and/or breach of the obligations of the Defendants.

///

## TENTH AFFIRMATIVE DEFENSE

### [Justification]

10. Any recovery on the Complaint is barred in whole or in part because Defendants' actions were justified.

## ELEVENTH AFFIRMATIVE DEFENSE

### [Improper Party]

11. Any recovery on the Complaint is barred in whole or in part to the extent one or more of the Defendants is not a proper party to one or more of the causes of action in Plaintiff's Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

### [Attorney's Fees]

12. Defendants are entitled to recover all costs and attorney's fees incurred herein, inasmuch as any and all of the claims alleged in the Complaint are frivolous, unreasonable or without foundation, or as the prevailing party.

## THIRTEENTH AFFIRMATIVE DEFENSE

### [No Damages]

13. Plaintiff has not suffered any damages that are attributable to any actions of the Defendants.

## FOURTEENTH AFFIRMATIVE DEFENSE

### [Damages Fault of Other Persons and/or Entities]

14. If Plaintiff sustained any losses or damages, such losses or damages were the direct and proximate result of the actions of other persons and/or entities, and Defendants are entitled to indemnity and contribution from said persons and/or entities if Plaintiff is awarded any damages pursuant to the Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

### [Right to Amend]

15. Defendants reserve the right to amend this Answer to assert additional affirmative defenses as additional facts are discovered.

# **PRAYER**

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray for relief as follows:

1. That the Court deny any injunctive relief in favor of Plaintiff and against Defendants;
2. That Plaintiff recover nothing and that Plaintiff's Complaint be dismissed with prejudice;
3. That Defendants be awarded all attorneys' fees and costs to the extent permitted by law; and
4. That Defendants be granted such other and further relief as the Court deems just and proper.

ADLI LAW GROUP, P.C.

Dated: July 25, 2019      By: /s/ Dariush G. Adli
                              Dariush G. Adli
                              Ben Jakovljevic
                              *Attorneys for Defendants*
                              ELART MIGUEL COELLO,
                              individually and d/b/a TAKATIS
                              PERUVIAN CUISINE; and TAKATIS,
                              INC.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, DEFENDANTS demand a jury trial of any issues in this action so triable.

ADLI LAW GROUP, P.C.

Dated: July 25, 2019        By: /s/ Dariush G. Adli
                                Dariush G. Adli
                                Ben Jakovljevic
                                *Attorneys for Defendants*
                                ELART MIGUEL COELLO,
                                individually and d/b/a TAKATIS
                                PERUVIAN CUISINE; and TAKATIS,
                                INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on July 25, 2019:

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed July 25, 2019 at Los Angeles, California.

Dated: July 25, 2019        */s/ Lorena Rodriguez*
                            Lorena Rodriguez