| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Dariush G. Adli, Esq. (SBN 204959)<br>  adli@adlilaw.com<br>Ben Jakovljevic (SBN 301523)<br>  Ben.Jakovljevic@adlilaw.com<br>ADLI LAW GROUP, P.C.<br>444 South Flower St., Suite 3100<br>Los Angeles, California 90071<br>Telephone: (213) 623-6546<br>ATTORNEY(S) FOR: Defendants | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA<br>    Plaintiff(s),<br>v.<br>ELART MIGUEL COELLO, individually and d/b/a TAKATIS PERUVIAN CUISINE, et al.<br>    Defendant(s) | CASE NUMBER:<br>2:19-cv-04437-THJ-PLA<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendants_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ELART MIGUEL COELLO | Defendant |
| ELART MIGUEL COELLO d/b/a TAKATIS PERUVIAN CUISINE | Defendant |
| TAKATIS, INC. | Defendant |
| INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA | Plaintiff |

July 25, 2019
Date

/s/ Dariush G. Adli
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants