# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV **19-4437-TJH (PLA)**     Date **November 13, 2020**

Title: **Innovative Sports Management, Inc. v. Elart Miguel Coello, et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:     (IN CHAMBERS)**

Pursuant to this Court's Order of July 27, 2020, the deadline for engaging in mediation was continued to October 31, 2020. The Court has not been notified of the outcome of that mediation. Accordingly, **no later than November 20, 2020, plaintiff is ordered to show cause** why this case should not be dismissed for failure to comply with Court orders. Filing of a Status Report by plaintiff indicating the outcome of the mediation, on or before **November 20, 2020**, shall be deemed compliance with this Order to Show Cause.

cc:   Counsel of record
      ADR Director

Initials of Deputy Clerk   ch