Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Elart Miguel Coello, et al,<br><br>Defendants. | CASE NO. 2:19-cv-04437-TJH-PLAx<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ELART MIGUEL COELLO AND TAKATIS, INC.<br><br>JS-6 |

IT IS HEREBY STIPULATED by and between Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media, and Defendants ELART MIGUEL COELLO and TAKATIS, INC. that the above-entitled action is hereby dismissed **with prejudice** against ELART MIGUEL COELLO and TAKATIS, INC.

///

///

///

///

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:19-cv-04437-TJH-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_Terry J. Hatter, Jr._   Dated: JANUARY 7, 2021

**The Honorable Terry J. Hatter, Jr**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:19-cv-04437-TJH-PLA
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 31, 2020, I caused to serve the following documents entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ELART MIGUEL COELLO AND TAKATIS, INC.**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Mr. L. Walker Van Antwerp, III, Esquire     (Attorneys for Elart Miguel Coello
**L. WALKER VAN ANTWERP LAW OFFICES**     and Takatis, Inc.)
523 West 6th Street, Suite 712
Los Angeles, CA 90071

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 31, 2020, at South Pasadena, California

Dated: December 31, 2020          */s/Leticia Estrada*
                                  **LETICIA ESTRADA**

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:19-cv-04437-TJH-PLA
PAGE 3